IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTH D. PHILON, : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 07-0054-M |
| MICHAEL J. ASTRUE, : | |
| Acting Commissioner of | |
| Social Security, : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ruth D. Philon and against Michael J. Astrue on all claims.

DONE this 30th day of July, 2007.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE