IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTH D. PHILON, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 07-0054-M |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of | : |
| Social Security, | : |
| | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees be **GRANTED**, without objection by the Government, and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** a fee of $1,900.50 for his services before this Court, that Mr. Lassiter be allowed to retain the previously-awarded EAJA fee in the amount $2,111.98, and that Mr. Lassiter pay to Plaintiff the smaller sum of $1,900.50.

DONE this 6th day of November, 2008.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE